In the Matter of the Accounting of MARGARET N. HARTEAU et al., as Executors of and Trustees under the Will of HENRY HARTEAU, Deceased.

JOHN R. KUHN, as Executor of HARRIETTE A. H. BERRY, Appellant; MARGARET N. HARTEAU et al., as Executors and Trustees et al., Respondents.

*Matter of Harteau*, 125 App. Div. 710, appeal dismissed.
(Submitted October 4, 1909; decided October 5, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 24, 1908, which reversed a decree of the Kings County Surrogate's Court settling the accounts of the executors and trustees herein.

*John R. Kuhn* and *Michael J. Hickey* for appellant.

*George V. Brower, John K. Creevey, Robert F. Greacen, William G. Cooke, Howard O. Wood* and *James D. Bell* for respondents.

Appeal dismissed, without costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

In the Matter of the Application of THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Relative to Acquiring Title to Lands for the Purpose of Opening Anthony Avenue.

THE CITY OF NEW YORK, Appellant; THE NEW YORK TELEPHONE COMPANY et al., Respondents.

*Matter of Mayor, etc., of New York*, 124 App. Div. 940, affirmed.
(Submitted May 31, 1909; decided October 12, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 20, 1908, which affirmed an order of Special Term confirming

33

the report of commissioners of estimate and assessment in the above-entitled proceeding.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly, John P. Dunn, Thomas C. Blake* and *James R. Fitz Gerald* of counsel), for appellant.

*Melville Egleston* and *H. H. Brigham* for New York Telephone Company, respondent.

*Henry J. Hemmens* and *Charles I. Taylor* for New York Edison Company, respondent.

*John A. Garver* for Northern Union Gas Company, respondent.

Order affirmed, with costs; no opinion.

Concur: Cullen, Ch. J., Gray, Edward T. Bartlett, Haight, Vann, Werner and Hiscock, JJ.

---

Frank Griffin, Respondent, *v.* William McMahon et al., Respondents, and Martha A. Mallory, Appellant.

Reported below, 131 App. Div. 925.
(Argued October 4, 1909; decided October 12, 1909.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 6, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action for partition of real property.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Frank J. Saxton* and *Thomas F. Rogers* for motion.

*Martha A. Mallory,* appellant, in person, opposed.

Motion denied, with ten dollars costs.